PMC: USAO 2020R00704
JTM 04.05.22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAY W. GORDON,<br><br>Defendant. | CRIMINAL NO. DLB 22cr136<br><br>(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253) |

USDC- BALTIMORE
'22 APR 13 PM 2:10

## INDICTMENT

### COUNT ONE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about July 16, 2020, in the District of Maryland, the defendant,

**JAY W. GORDON,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess multiple computer devices containing child pornography including a Seagate Backup Plus 4TB hard drive, s/n: NA7PNKGW, made outside of Maryland, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

1

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction of the offense charged in Count One of this Indictment.

2. Upon conviction of the offense set forth in Count One of the Indictment in this case, the defendant,

## JAY W. GORDON,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

    a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

    a. One Lenovo model VS1302K2P2 all-in-one computer with serial number VS70173460 containing one Seagate model ST31000524AS hard disk drive with serial number 9VPGTTA2;

    b. One HP model 6305 desktop computer with serial number 2UA4122KF containing one Samsung model MZ-75E500 solid state drive with serial number S2RNX0H405921L;

    c. One Dell Optiplex model 330 tower computer with serial number 1VBPRH1 containing one Seagate model ST2000DM001 hard disk drive with serial number

Z1E8WSZ4 and one Western Digital model WD2500JS hard disk drive with serial number WCANKH600121;

   d. One Dell Latitude model E7450 notebook computer with serial number 21DFT32 containing one Samsung model MZ-75E250 solid state drive with serial number S2R5NX0H420540P;

   e. One Dell Latitude model E5510 notebook computer with serial number 90JF8L1 containing one Western Digital model WD1600BEVT drive with serial number WX21A50F0237;

   f. One Toshiba USB/eSATA external hard disk drive with serial number 990003SAD;

   g. One Seagate Backup Plus 4TB hard drive with serial number NA7PNKGW;

   h. One Seagate model Backup Plus external hard disk drive with serial number NA9B9VBQ;

   i. One Western Digital model MyPassportUltra external hard disk drive with serial number WX11AA3N7846;

   j. Nine (9) USB flash memory "thumb" drives with no visible identification numbers;

   k. One PNY Secure Digital flash memory card with number BH0903114149G;

   l. One Western Digital model WD2500BEVT hard disk drive with serial number WX11CB168886;

   m. One Seagate model ST3120025A hard disk drive with serial number 5JT0L3RN;

   n. One Hitachi model 0F1069JPK3FD0P0A hard disk drive with serial number B9H8YTLF;

   o. One Hitachi model 0F1069JPK3FD0P0A hard disk drive with serial number B9H8YTLF; and

   p. One Seagate model ST380815AS hard disk drive with serial number 6RW3J554.

## Substitute Assets

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_[signature]_
Erek L. Barron
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: April 13, 2022

4